# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>ROGELIO SANCHEZ, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         1:18-MJ-50-BL<br>)<br>)<br>) |

*CLERK US DISTRICT COURT*
*NORTHERN DIST OF TX*
*FILED*
*2018 JUN 21  AM 9:33*
*DEPUTY CLERK*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2018__ in the county of __Taylor and Erath__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §§ 846; 841(a)(1); 841(b)(1)(B)(viii) | Conspiracy to Possess with the Intent to Distribute 50 grams and more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine. |
| Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)(viii) | Possession with the Intent to Distribute 50 grams and more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine. |

This criminal complaint is based on these facts:

SEE ATTACHED CRIMINAL COMPLAINT AFFIDAVIT OF FBI SPECIAL AGENT SEAN MEANS WHICH IS ATTACHED AND INCORPORATED HEREIN.

☑ Continued on the attached sheet.

*Complainant's signature*

SEAN MEANS - SPECIAL AGENT - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/21/2018__

*Judge's signature*

City and state: __ABILENE, TEXAS__        E. SCOTT FROST, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean E. Means, after being duly sworn, depose and say as follows:

### I. Introduction

1. My name is Sean E. Means, I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2006. I am currently assigned to the Abilene, Texas, Resident Agency. As part of my duties and responsibilities as an FBI Special Agent, I am authorized to investigate crimes involving the distribution of illegal narcotics pursuant to Title 21 U.S.C. §§ 846 and 841(a). I am familiar with the facts of this investigation through my personal involvement and through discussions with other law enforcement personnel involved in the investigation.

### II. Probable Cause

2. I have probable cause to believe that Rogelio Sanchez, Jr. has violated Title 21 U.S.C. §§ 846; 841(a)(1) and 841(b)(1)(B)(viii), that is, conspiracy to possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and possession with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

3. The following information is based on my own observations, information received from to me by other law enforcement officers involved in the investigation, as well as other witnesses and concerned parties. Since I am

**Affidavit - 1**

submitting this affidavit for the limited purpose of establishing probable cause, I have not included every fact known to me and other investigators. Rather, I am only submitting the facts necessary to establish probable cause that Rogelio Sanchez, Jr. knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

### III. Background

4.     On June 20, 2018, a confidential informant (CI) in Abilene, Texas acting at the direction and under the control of the Federal Bureau of Investigation, contacted Rogelio Sanchez, Jr. (Sanchez) and requested he provide the CI with eight ounces of methamphetamine. Sanchez agreed to provide the CI with the methamphetamine and he suggested meeting the CI at a truck stop in Gordon, Texas.

5.     At approximately 7:30 p.m., agents who had established surveillance on the truck stop observed a silver Chevrolet Tahoe enter the truck stop parking lot and pulled up to the gas pumps. Sanchez told the CI to come to the vehicle. The CI approached Sanchez' vehicle and got into the front passenger seat of his vehicle. Sanchez showed the CI a clear plastic baggies containing individual packages of a crystal-like substance. The CI got out of Sanchez' truck and walked back to a undercover vehicle. Sanchez entered the truck stop store and

as he exited the store, a plethora of agents converged on him and arrested him. A subsequent search of Sanchez' vehicle resulted in the seizure of a large plastic bag which contained eight smaller baggies, each containing approximately one (1) ounce of a white crystal –like substance which field tested positive for methamphetamine. The total weight of the crystal-like substance, including packaging, was 230 grams, which is an amount consistent with distribution and not personal use.

## CONCLUSION

6. Based upon the information contained in this affidavit, I believe there is probable cause to believe Rogelio Sanchez, Jr. Has committed a violation of 21 U.S.C. §§ 846, and 841(a)(1) and 841(b)(1)(B)(viii), that is, conspiracy to possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and possession with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

Sean Means, Special Agent
Federal Bureau of Investigation

Sworn to before me on June __21__, 2018.

E. Scott Frost
United States Magistrate Judge

Affidavit - 3