# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JUN 21 AM 11:42
DEPUTY CLERK ___

| JUDGE: | E. SCOTT FROST | | |
|---|---|---|---|
| DEPUTY CLERK: | JEANINE FISH | COURT REPORTER/TAPE NO. | DIGITAL |
| LAW CLERK: | NONE | USPO/PTSO: | Monica Rambo |
| INTERPRETER: | NONE | COURT TIME: | 10:23 am |
| DIVISION HELD: | ABILENE | DATE: 6/21/18 | TIME: 6 min |

CR. NO. 1:18-MJ-050-BL _____ DEFT _____

UNITED STATES OF AMERICA           §   JUANITA FIELDEN _____, AUSA

V.                                                                                         A

ROGELIO SANCHEZ, JR.
                                                                §   NONE _____ A

DEFENDANT(S) NAME(S) AND NUMBER(S)   §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

✓ INITIAL APPEARANCE ___IDENTITY ___BOND HEARING ___PRELIMINARY HEARING
___DETENTION HEARING ___COUNSEL DETERMINATION HEARING ___REMOVAL HEARING ___EXTRADITION HEARING
___HEARING CONTINUED ON _____ CASE NO. _____ ___OTHER DISTRICT ___DIVISION
✓ DATE OF FEDERAL ARREST/CUSTODY: 6/20/18 ___SURRENDER _____ ___RULE 5/32 ___APPEARED ON WRIT
✓ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___PROBATION/SUPERVISED RELEASE VIOLATOR
___DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___MW (MATERIAL WITNESS) _____ APPEARED ___WITH ✓ WITHOUT COUNSEL
✓ REQUESTS APPOINTED COUNSEL.
✓ FINANCIAL AFFIDAVIT EXECUTED.
___ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___PRIVATE COUNSEL APPOINTED _____
___DEFT HAS RETAINED COUNSEL _____
___ARRAIGNMENT SET _____ ✓ DETENTION HEARING SET 6/26/18
✓ PRELIMINARY HEARING SET 6/26/18 ___BOND HEARING SET _____
___COUNSEL DETERMINATION HEARING SET _____
___IDENTITY/REMOVAL HEARING SET _____
___BOND ___SET ___REDUCED TO $_____ ___CASH ___SURETY ___10% ___PR ___UNS ___3RD PTY ___MW
___NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ORDER OF DETENTION PENDING TRIAL ENTERED.
___DEFT ADVISED OF CONDITIONS OF RELEASE.
___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS
✓ DEFT ___MW ✓ REMANDED TO CUSTODY.
___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING
___COURT FINDS PROBABLE CAUSE ___ID ___PC.
___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
REMARKS: Copy of Complaint to Defendant  Deft is qualified for appointment of counsel.