UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v | § | CASE NO:   1:18-MJ-050-BL-1 |
| | § § § | |
| ROGELIO SANCHEZ, JR. | § | |

## ORDER SETTING HEARING

Upon motion of the United States of America, it is ORDERED that a:

___   Detention Hearing

_X_   Preliminary Hearing and Detention Hearing

___   Arraignment

is set for __Tuesday, June 26, 2018,__ at __10:00__ a.m. before United States Magistrate Judge E. Scott Frost, U.S. Courthouse, 341 Pine Street, Abilene Texas.

Pending the hearing(s), the Defendant shall be held in custody by the United States Marshal and produced for the hearing(s).

DATED:   June 21, 2018.

_____
E. SCOTT FROST
United States Magistrate Judge