**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUN 26  AM 11: 25

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § § | CASE NO. 1:18-MJ-050-BL |
| ROGELIO SANCHEZ, JR. | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Upon oral motion of the defendant, ROGELIO SANCHEZ, JR, requested the Court to grant a continuance of the Detention Hearing and Preliminary hearing set for June 26, 2018. The Court having reviewed the facts and legal issues surrounding said motion, this Court hereby **GRANTS** said motion. The Detention Hearing and Preliminary Hearing on the Complaint filed on June 21, 2018, in this case shall be reset for **Thursday, June 28, 2018, at 10:00 a.m.**, in the United States Courtroom, 2nd Floor, Room 2000, 341 Pine St., Abilene, Texas.

SIGNED June 26, 2018.

_____
**E. SCOTT FROST**
**UNITED STATES MAGISTRATE JUDGE**