IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

V.                                                                                                     Case No. <u>1:18-mj-00050-BL</u>

ROGELIO SANCHEZ, JR.

## **<u>WAIVER OF DETENTION HEARING</u>**

I, ROGELIO SANCHEZ, JR., do hereby declare that I have been arrested and taken before the Honorable E. Scott Frost, United States Magistrate Judge, for my initial appearance.

The government made a motion for pre-trial detention. I was informed of my right to a detention hearing by the Magistrate Judge. I do hereby waive a detention hearing. I agree that the Court may enter an Order of Detention based solely on the charging document filed herein and the grounds stated in the government's motion. I understand and agree that the Detention Order will find there is clear and convincing evidence to detain me. I do not and do not intend hereby to waive my right at a later date to file a motion seeking release on conditions and a bond. I acknowledge before a hearing will be held and a release ordered, I must satisfy the conditions for release in 18 U.S.C. 3142(f), par. 2. The reconsideration hearing may only be held before trial and release considered if I have pled and offered evidence of the existence of information not known when I waived a detention hearing, and the information appears to have a material bearing on release on conditions.

The waiver was made with the advise of counsel

Dated: JUNE 27, 2018

/s/ Rogelio Sanchez, Jr.
ROGELIO SANCHEZ, JR.

/s/ Jacob Blizzard
Jacob Blizzard
Texas State Bar Number: 24068558
BLIZZARD & ZIMMERMAN, P.L.L.C.
1369 Sayles Blvd.
Abilene, TX 79605
Telephone: (325) 676-1000
Fax: (325) 455-8842
E-mail: jacob.blizzard@blizzardlawfirm.com

Attorney for the Defendant,
ROGELIO SANCHEZ, JR.

## CERTIFICATE OF SERVICE

I, Jacob Blizzard, certify that on June ___, 2018 the foregoing was filed through the Electronic Case Filing ("ECF") System pursuant to Local Criminal Rule 49.2(f). Pursuant to Rule 9 of Miscellaneous Order No. 61 and Local Criminal Rule 49.2(e), this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

/s/ Jacob Blizzard
Jacob Blizzard