IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

V.  Case No. 1:18-mj-00050-BL

ROGELIO SANCHEZ, JR.

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Dated: June 27 2018

Rogelio Sanchez, Jr.

/s/ Jacob Blizzard
Jacob Blizzard
Texas State Bar Number: 24068558
Blizzard & Zimmerman, P.L.L.C.
1369 Sayles Blvd.
Abilene, TX 79605
Telephone: (325) 676-1000
Fax: (325) 455-8842
E-mail: jacob.blizzard@blizzardlawfirm.com

Attorney for the Defendant,
Rogelio Sanchez, Jr.